Opinion filed May 17, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed May 17, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00108-CR 

                                                    __________

 

                               WILLIAM D. CLEVELAND, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 163rd District Court

                                                         Orange
 County, Texas

                                              Trial Court Cause No. B-060,308-R

 



 

                                                                   O
P I N I O N

William D. Cleveland has filed in this court a
motion to dismiss his appeal.  In his
motion, he states that he desires to withdraw his notice of appeal and requests
that this court dismiss his appeal.  The
motion is signed by both appellant and his counsel.  The motion is granted.

The appeal is dismissed.

 

 

May 17,
2007                                                                                      PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.